**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| SUE GREER, | § | |
| | § | |
| | § | Case No. 4: 16-cv-00943-ALM |
| Plaintiff, | § | |
| | § | Honorable Judge Amos L. Mazzant |
| vs. | § | |
| | § | |
| ATHENE ANNUITY AND LIFE | § | |
| ASSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER GRANTING JOINT STIPULATION**
**OF DISMISSAL WITH PREJUDICE**

Having reviewed and considered the Parties' Joint Stipulation of Dismissal with Prejudice, and for good cause shown, it is **HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1.    Plaintiff Sue Greer's First Amended Petition and Jury Demand and each cause of action and claim asserted against Defendant Athene Annuity & Life Assurance Company in the above-captioned matter are dismissed in their entirety *with prejudice,* with each Party to bear their own attorneys' fees and costs; and

2.    Defendant Athene Annuity & Life Assurance Company is discharged from any and all further liability whatsoever arising under or relating in any way to Liberty Life Insurance Company Certificate No. 0046361178.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 27th day of July, 2017.**



_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE